JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Luis Alberto Villegas**, | Case No. 2:20-cv-08105-KS |
| Plaintiff, | ORDER [~~proposed~~] |
| v. | |
| **Charles R. Khalil**, | |
| Defendant | |

The above-captioned action is hereby dismissed without prejudice as to all parties per Federal Rule of Civil Procedure 41(a)(1)(A)(ii); Dismissal will become final and with prejudice automatically within six months unless Plaintiff files a notice of Defendants' non-performance of the settlement agreement at least ten days prior to the dismissal becoming final.

**IT IS SO ORDERED.**

Dated: October 31, 2022

_____
HONORABLE KAREN L. STEVENSON
United States Magistrate Judge

1